UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID TJARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGGIE CONNERS,<br><br>　　　　Defendants. | **No. LA CV 16-08360-VBF (DFM)**<br><br>**JUDGMENT** |

　　Consistent with this Court's contemporaneously issued Order Dismissing Action with Prejudice for Failure to Prosecute, Directing the Entry of Separate Judgment, and Terminating the Case, **final judgment is hereby entered in favor of defendant and against plaintiff**.

Dated: Friday, January 20, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge